IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DONNIE SHROPSHIRE, AIS #175941, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 10-470-CB-N |
| | ) | |
| DEBORAH TONEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

After due and proper consideration of all pleadings in this file, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 is adopted as the opinion of this Court.

It is **ORDERED** that defendants' Motion for Summary Judgment is **DENIED in part** as to plaintiffs' claims of deliberate indifference to plaintiff's serious medical need, and excessive use of force, and **GRANTED in part** as to plaintiff's claims concerning exposure to acid vapors as raised in civil action no. 11-304. It is further ORDERED that plaintiff's Motion for Discovery (doc. 37) is **GRANTED in part**, so as to require defendants to supplement the Special Report with witness statements from inmate Jerome Fletcher and officer A.L. Ingram. Finally, it is hereby ORDERED that plaintiff's Motion to Amend (doc. 39) to add a jury demand is DENIED.

**DONE** this the 18th day of March, 2013.

/s/Charles R. Butler, Jr.
SENIOR UNITED STATES DISTRICT JUDGE