IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DONNIE SHROPSHIRE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 10-00470-CB-N |
| DEBORAH TONEY and | ) | |
| CHANDRA JOHNSON, | ) | |
| | ) | |
| Defendant | | |

**FINAL JUDGMENT**

In accordance with the Court's order dated November 10, 2014, granting summary judgment in favor of Defendant Deborah Toney and partial summary judgment in favor of Defendant Chandra Johnson:

> It is **ORDERED** that Plaintiff recover nothing on his claim based on deliberate indifference to serious medical needs and that this claim be dismissed on the merits.

On January 12, 2015, this action came before the Court for a trial without a jury on Plaintiff's remaining claim against Defendant Chandra Johnson and the following decision was reached:

> It is **ORDERED** that the Plaintiff, Donnie Shropshire, recover of the Defendant, Chandra Johnson the amount of $2,000, along with costs.

**DONE** this the 21st day of January, 2015.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**